ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 1 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DON RAY GRAY, | § | |
| CID # 862369, | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | NO. 3:02-CV-2516-H |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
| RESPONDENT. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions and Recommendation of the United States

Magistrate Judge, filed March 31, 2005, and Petitioner's Objections thereto, filed April 19, 2005.

The Court has made the required independent review of the pleadings, files, and records in

this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having

done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are

correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's

Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED:    April ____2 1____, 2005.


BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS